## STATE OF CONNECTICUT *v.* EDWARD WRIGHT

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 743 (AC 19636), is denied.

*Deborah G. Stevenson,* special public defender, in support of the petition.

*Margaret Gaffney Radionovas,* assistant state's attorney, in opposition.

Decided May 30, 2001

---

## STATE OF CONNECTICUT *v.* KHALID IBRAHIM

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 634 (AC 19707), is denied.

*Neal Cone,* assistant public defender, in support of the petition.

*Mitchell S. Brody,* senior assistant state's attorney, in opposition.

Decided May 30, 2001